FILED
Charlotte
May 23 2024
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
10:45 am, Mar 21 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) |
|---|---|
| v. | ) |
| (4) MAOXUAN XIA | ) Case No. 3:24-CR-64-004-FDW |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* (4) MAOXUAN XIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Money Laundering Conspiracy

Date: 3/20/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 3/21/2024, and the person was arrested on *(date)* 4/19/2024
at *(city and state)* New York.

Date: 5/16/2024

*Arresting officer's signature*

K. Marlow DUSM
*Printed name and title*

Case: 3:24-cr-00064-FDW-SCR *SEALED*  Document 7  Filed 03/20/2024  Page 1 of 1
Case 3:24-cr-00064-FDW-SCR  Document 46  Filed 05/23/24  Page 1 of 1