# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MAOXUAN XIA, <br><br>        Defendant. | Case No. 3:24-cr-64-FDW |

## NOTICE OF UNAVAILABILITY

COMES NOW, the undersigned Counsel for Defendant, Maoxuan Xia, and respectfully notifies the Court of her unavailability during the following periods: **March 3-10, 2025.**

1. The unavailability is not being designated for the purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

2. No action for which undersigned counsel has made an appearance has been noticed for trial, hearing, or any other proceeding during the above referenced leave period(s).

WHEREFORE, Counsel respectfully requests that the Court not notice any trials, hearings, or other proceedings during the above period of unavailability.

Date: December 3, 2024

Respectfully submitted,

*/s/ Elizabeth F. Greene*
ELIZABETH F. GREENE
N.C. Bar No. 26730
Flannery | Georgalis LLC
227 W. Trade Street, Suite 950
Charlotte, NC 28202
(704) 420-6873
egreene@flannerygeorgalis.com

*Counsel for Defendant Maoxuan Xia*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I electronically filed the above-captioned Notice of Unavailability with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to counsel for the United States.

*/s/ Elizabeth F. Greene*
Elizabeth F. Greene
